[Nos. 38157-5-II; 38318-7-II.   Division Two.   July 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY F. BRYSON, *Appellant*.

*In the Matter of the Personal Restraint of* RODNEY F. BRYSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00053-5, F. Mark McCauley, J., entered July 31, 2008, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 26684-2-III.   Division Three.   July 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN D. ELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 07-1-00107-5, Jack Burchard, J., entered November 30, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 27302-4-III.   Division Three.   July 14, 2009.]

STEVEN E. HENRY, *Appellant*, v. THE DEPARTMENT OF FISH AND WILDLIFE, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 06-2-00468-1, Donald W. Schacht, J., entered July 22, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.